**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIS A. COFFELT, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> T. BAKER, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. ED CV 13-0568 RGK (AS) <br><br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 7, 2013

_/s/ Gary Klausner_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE